Commonwealth *v.* Fiore, Appellant.

Submitted November 13, 1973. *Stanley W. Greenfield*, and *Greenfield & Minsky*, for appellant; *Robert L. Eberhardt*,

774

Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : Judgment of sentence reversed and a new trial granted, the Commonwealth being in agreement.

SPAULDING, J., absent.

Submitted April 9, 1973. *Charles R. Fox,* appellant, in propria persona; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

